KEREN E. GESUND, ESQ.
Nevada Bar No. 10881
**GESUND & PAILET, LLC**
5550 Painted Mirage Rd.
Suite 320
Las Vegas, NV 89149
Tel: (702) 300-1180
Fax: (504) 265-9492
keren@gp-nola.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAPPHIRE UNDERWOOD-MOORE;<br><br>　　　　Plaintiff,<br>vs.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br>NATIONAL CREDIT SYSTEMS, INC. and<br>JOHN DOES.<br>　　　　Defendants. | Case No.: 2:22-cv-01066-MMD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, SAPPHIRE UNDERWOOD-MOORE, and Defendant NATIONAL CREDIT SYSTEMS, INC. by and through undersigned counsel, hereby stipulate and agree to dismiss Plaintiff's individual claims against NATIONAL CREDIT SYSTEMS, INC,

///

///

- 1 -

with prejudice, with each party to bear their own attorneys' fees and costs.

| **Plaintiff:** | **Defendant:** |
|---|---|
| DATED this 4th day of January, 2023 | DATED this 4th day of January, 2023 |
| GESUND & PAILET, LLC | MICHAEL B LEE, PC |
| By: *Keren E. Gesund, Esq.*<br>   KEREN E. GESUND, ESQ.<br>   Nevada Bar No. 10881<br>   5550 Painted Mirage Road<br>   Suite 320<br>   Las Vegas, NV 89149<br>   Telephone: (702) 300-1180<br>   Fax: (504) 265-9492<br>   keren@gp-nola.com<br>   *Attorney for Plaintiff* | By:*Michael B Lee, Esq.*<br>   MICHAEL B LEE, ESQ.<br>   Nevada Bar No. 10122<br>   1820 E Sahara Avenue<br>   Suite 110<br>   Las Vegas, NV 89104<br>   Telephone: (702) 477-7030<br>   mike@mblnv.com<br>   *Attorney for Defendant National Credit Systems, Inc.* |

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT JUDGE

DATED: January 4, 2023

- 2 -