KEREN E. GESUND, ESQ.
Nevada Bar No. 10881
**LAFLEUR & LABORDE**
7464 West Sahara Ave
Las Vegas, NV 89117
Tel: (702) 300-1180
Fax: (504) 265-9492
keren@lalalawfirm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAPPHIRE UNDERWOOD-MOORE;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>I.Q. DATA INTERNATIONAL, INC., NATIONAL CREDIT SYSTEMS, INC. and JOHN DOES.<br>　　　　Defendants. | Case No.: 2:22-cv-01066-MMD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　　Plaintiff, SAPPHIRE UNDERWOOD-MOORE, and Defendant I.Q. DATA INTERNATIONAL, INC. by and through undersigned counsel, hereby stipulate and agree to dismiss Plaintiff's individual claims against I.Q. DATA INTERNATIONAL, INC,

///

///

- 1 -

with prejudice, with each party to bear their own attorneys' fees and costs.

| **Plaintiff:** | **Defendant:** |
|---|---|
| DATED this 1st day of May, 2023 | DATED this 1st day of May, 2023 |
| LAFLEUR & LABORDE | GORDON REES SCULLY MANSUKHANI, LLP |
| By: */s/ Keren E. Gesund, Esq.*<br>KEREN E. GESUND, ESQ.<br>Nevada Bar No. 10881<br>7464 West Sahara Ave<br>Las Vegas, NV 89117<br>Tel: (702) 300-1180<br>Fax: (504) 265-9492<br>keren@lalalawfirm.com | By: */s/ Sean P. Flynn, Esq.*<br>SEAN P. FLYNN, ESQ.<br>Nevada Bar No. 15408<br>1 East Liberty Street<br>Suite 424<br>Reno, Nevada 89501<br>Telephone: (775) 467-2610<br>sflynn@grsm.com<br>*Attorney for Defendant* |

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

DATED:   May 1, 2023